# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ROBERT JOSEPH LUMPKIN, JR.,

               Plaintiff,

v.

SCORE JAIL, et al.,

               Defendants.

Case No. 2:23-cv-01080-MJP-TLF

ORDER TO SHOW CAUSE AND RENOTING MOTION FOR SUMMARY JUDGMENT

    The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge Theresa L. Fricke. On November 13, 2023 defendants filed a motion for summary judgment and a Rand notice, Dkt. 16, 19. Plaintiff did not file a response to the motion for summary judgment. On December 5, 2023, defendants informed the Court that they attempted to serve their motion and Rand notice upon plaintiff at both of the addresses he is associated with, but mail sent to both addresses was returned to defense counsel. Dkt. 20. Therefore, the Court directs plaintiff to update the Court with his current address by January 3, 2024. Additionally, the Court directs the Clerk to re-note defendants' motion for summary judgment (Dkt. 16) to January 3, 2024.

    Dated this 6th day of December, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER TO SHOW CAUSE AND RENOTING MOTION
FOR SUMMARY JUDGMENT - 1