UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT JOSEPH LUMPKIN, JR.,

                Plaintiff,

    v.

SCORE JAIL, et al.,

                Defendants.

Case No. 2:23-cv-01080-MJP-TLF

ORDER

The Court having reviewed the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, hereby finds and orders:

    1.    The Court adopts the Report and Recommendation;

    3.    Plaintiff's complaint is dismissed without prejudice; and

    4.    The Clerk is directed to send a copy of this Order to Plaintiff.

Dated this 20th day of March, 2024.

Marsha J. Pechman
United States District Judge

ORDER - 1